# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEXUAL SIN DE UN ABDUL BLUE,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No. CV 09-7573-PA (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: _____

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE